FILED

11/03/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0557

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0557

STATE OF MONTANA,

Plaintiff and Appellee,

vs.

QUINCY DEAN PFISTER,

Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until December 11, 2023, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 3 2023